UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ZHOLTON CORNILUS HENDRIX-EL** | **CIVIL ACTION NO. 16-0708** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record, as well as the Amended Complaint,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims related to the pending criminal charges in a state court proceeding, Docket Number 16-239F, asserted in the Complaint and the Amended Complaint are **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

**MONROE, LOUISIANA**, this 29th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE