UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ZHOLTON CORNILUS HENDRIX-EL | CIVIL ACTION NO. 16-0708 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HAYES |

## RULING

On November 15, 2016, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 23] in which she recommended that the Court stay the remaining claims in this matter pending the outcome of Plaintiff Zholton Cornilus Hendrix-El's ("Hendrix-El") state criminal court proceeding in the Fourth Judicial District Court, Parish of Morehouse, State of Louisiana.

On November 23, 2016, Hendrix-El filed objections [Doc. No. 24] to the Report and Recommendations. First, he asserted that the Court should decline to stay the proceeding. Second, he argued, again, that there would be no parallel state proceeding if the Court would grant the relief he requests and remove the state court criminal proceeding to this Court. Finally, he clarified that he never intended to bring suit against the State of Louisiana or the Fourth Judicial District Court, Parish of Morehouse.

To the extent that Hendrix-El states that he never intended to bring suit against the two identified entities, the Court treats his objection as a motion to voluntarily dismiss claims against the two entities. The motion is GRANTED, and Defendants the State of Louisiana and Fourth Judicial District Court, Parish of Morehouse, are DISMISSED WITHOUT PREJUDICE.

To the extent that Hendrix-El continues to argue that the Court should "remove" or otherwise exercise jurisdiction over the state court criminal proceeding, the Court has made clear to him that it lacks authority to do so. In fact, any such claims have been previously dismissed by the Court. [Doc. Nos. 4 & 9].

Upon *de novo* review of the entire record in this matter, including Hendrix-El's objections, the Court finds that Magistrate Judge Hayes correctly stated and applied the law to the alleged facts. The Court hereby ADOPTS her Report and Recommendation and STAYS this action– insofar as it seeks monetary damages for wrongful arrest, imprisonment, and prosecution – under the following conditions:

   a. Within thirty (30) days of the date the state court criminal proceedings against Hendrix-El have concluded, the parties must file a status report with the Clerk of Court;

   b. If, after conclusion of the state court criminal proceedings, the stay is lifted and the Court finds Hendrix-El's claims would impugn the validity of his conviction, the action will be dismissed under *Heck v. Humphrey*, 512 U.S. 477 (1994); if no such finding is made, the action will proceed at that time, absent some other bar to suit. See *Wallace v. Kato*, 549 U.S. 384, 393-94 (2007);

   c. In light of the stay, Hendrix-El shall not file any more documents in this action until the state court criminal proceedings have concluded; and

   d. Defendants shall not be required to answer during the pendency of the stay, and Hendrix-El may not seek a default judgment or conduct any discovery.

**MONROE, LOUISIANA, this 17th day of January, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE